UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

JAMES DEMARCO BOGAN,

        Petitioner,        Case No. 1:16-cv-1206

v.

                              Honorable Paul L. Maloney

LAWRENCE A. STELMA,

        Respondent.
_____/

**JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated: January 30, 2017        /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge